546 ◼

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of November, 2000, the order of the Superior Court is **AFFIRMED.** *Erie v. Pap's A.M. t/d/b/a/ Kandyland,* 529 U.S. 277, 120 S.Ct. 1382, 146 L.Ed.2d 265 (2000).

Justice NEWMAN did not participate in the consideration or decision of this case.

**Richard L. VECHTER, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Nov. 27, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 27th day of November, 2000, the order of the Court of Common Pleas is hereby **REVERSED,** *see Commonwealth of Pennsylvania, Department of Transportation v. McCafferty,* —— Pa. ——, 758 A.2d 1155 (2000), and the case is remanded for proceedings consistent with that opinion.

◼

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Rose Marie BAILEY, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2000.

Decided Nov. 27, 2000.

Lawrence J. Casella, Pittsburgh, for R. Bailey.

John G. Knorr, Gerald J. Pappert, Harrisburg, for Com. of Pennsylvania.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of November, 2000, the order of the Superior Court is **AFFIRMED.** *Erie v. Pap's A.M. t/d/b/a/ Kandyland,* 529 U.S. 277, 120 S.Ct. 1382, 146 L.Ed.2d 265 (2000).

Justice NEWMAN did not participate in the consideration or decision of this case.